**No. 52827.**—William J. Oberle, Inc., et al. *v.* United States, protests 137395–K/ 12937, etc. (New Orleans, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 19, 1949

**No. 52828.**—Davies Turner & Co. et al. *v.* United States, protests 133134–K/ 1271, etc. (Chicago).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52829.**—The Baltimore & Ohio Railroad Co. et al. *v.* United States, protests 470362–G, etc. (Baltimore, etc.).

Opinion by RAO, J. The protests were dismissed.

**No. 52830.**—R. P. Oldham Company et al. *v.* United States, protests 135126–K, etc. (San Diego, etc.).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE FIRST DIVISION, JANUARY 20, 1949

**No. 52831.**—Arthur P. Lund et al. *v.* United States, protests 121801–K, etc. (Boston, etc.).

Opinion by COLE, J. The protests were dismissed.

**No. 52832.**—National Carbon Co., Inc., et al. *v.* United States, protests 136635–K, etc. (Buffalo, etc.).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 20, 1949

**No. 52833.**—Mason Bros. & Tarlin et al. *v.* United States, protests 938111–G, etc. (Boston, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.